UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 15  7 44 AM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES OF AMERICA,      :

    Plaintiff,   :

  v.      :

Robert J. Young,       :     COURT NO: 3:01CV1218 (GLG)

    Defendant,  :

  and          :
Door Control Inc.
Payroll Department
67 South Turnpike Rd.,    :
Wallingford, CT 06492-3436  :

    Garnishee.  :

### ANSWER OF THE GARNISHEE

I, __William P. Collins__, BEING DULY SWORN DEPOSES AND SAYS:
 (affiant)

 IF GARNISHEE IS AN INDIVIDUAL:

 That he/she is Garnishee herein doing business in the name of _____.
 state full name and address of business

 IF GARNISHEE IS A PARTNERSHIP:

 That he/she is a member of the Garnishee's partnership

 IF GARNISHEE IS A CORPORATION:

 That he/she is the __President__ of Garnishee, a
    (state official title)

corporation, organized under the laws of the State of __Connecticut__

 On __September 30__, 2003 Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes    No

_X_    ___      1.  Defendant was in my/our employ.

                2.  Pay period is _X_ weekly, ___ bi-weekly,

                    ___ semi-monthly, ___ monthly.

_9/29/03_            Enter the date present pay period began.
                     (present means the pay period in which this
                     order and notice of garnishment were
                     served)

_10/3/03_            Enter date above pay period ends.

                3.  Enter amount of net wages.  Calculate below:

                    (a) Gross Pay                    $ 1,731.52

                    (b) Federal income tax           $   291.94

                    (c) F.I.C.A income tax           $   129.89

                    (d) State income tax             $    54.82

                    Total of tax withholdings        $   476.65

                    Net Wages                        $ 1,254.87  *
                    (less total of b,c,d)

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the judgment debtor's net wages.

The Garnishee has the following objections, defenses or setoffs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's Claim:_____

2

\*\* Check 1 and/or 2 if applicable\*\*

_____ 1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Robert J. Young,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____ 2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on <u>  October 10, 2003  </u> at
(date)

<u>  72 Blohm Street, West Haven, CT  06516  </u>
(state street address, city, state and zip code)

or hand delivered to _____
(state actual address of where it was hand delivered)

on _____
(date)

__/s/ [signature]_____
(Affiant's signature)

Subscribed and sworn to before me this 10th   day of October    ,
20 03.

__Priscilla Wawrzeniak__
Notary Public

My Commission expires: <u>July 31, 2006</u>

3